**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Lita Lavae Grant-Bellamy,<br>Debtor. | ) Case No. 26-21430 - B - 13<br>) Docket Control No. SSH-2<br>) Document No. 37<br>) Date: 09/08/2026<br>) Time: 1:00 PM<br>) Dept: B |

**Order**

The motion is ORDERED DENIED for reasons stated in the minutes.

**Dated:** September 13, 2026

Christopher D. Jaime, Chief Judge
United States Bankruptcy Court

[37] - Motion/Application to Confirm Chapter 13 Plan [SSH-2] Filed by Debtor Lita Lavae Grant-Bellamy (tjof)