**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br>Lita Lavae Grant-Bellamy,<br>Debtor. | ) Case No. 26-21430 - B - 13<br>) Docket Control No. SSH-4<br>) Document No. 54<br>) Date: 10/06/2026<br>) Time: 1:00 PM<br>) Dept: B |

**Order**

The motion is ORDERED GRANTED for reasons stated in the minutes.

**Dated:** October 17, 2026

Christopher D. Jaime, Chief Judge
United States Bankruptcy Court

[54] - Motion/Application to Avoid Lien of Jeffery Edward Fierro [SSH-4] Filed by Debtor Lita Lavae Grant-Bellamy (pdes)